No. 1010. SAMUEL LEWIS, PETITIONER, *v.* G. OLIVER
FRICK, UNITED STATES IMMIGRATION INSPECTOR, ETC.

April 8, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Philip T. Van Zile* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.